**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☑ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Richard Alan Auchter        JOINT DEBTOR: _____        CASE NO.: 21-19085-EPK

SS#: xxx-xx- 6337        SS#: xxx-xx- _____

## I.    NOTICES

To Debtors:     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:     Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:     The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $757.00 _____ for months _1_ to _3_ ;

2. $847.29 _____ for months _4_ to _60_ ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE    ☐ PRO BONO

| Total Fees: | $4,500.00 | Total Paid: | $0.00 | Balance Due: | $4,500.00 |
|---|---|---|---|---|---|

Payable     $562.50 _____ /month (Months _1_ to _8_ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 for Attorney Fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| 1.  Creditor: Municipal Point Capital LP | |
| Address: P.O. Box 101 Washington Crossing, PA 18977 | Arrearage/ Payoff on Petition Date   $18,634.38 @ 18% = $28,391.40 |
| | Payoff    $41.90   /month (Months _1_ to _3_ ) |
| | Payoff    $69.26   /month (Months _4_ to _8_ ) |
| Last 4 Digits of Account No.:    1940 | Payoff    $536.92   /month (Months _9_ to _60_ ) |
| Other:    2017/2018/2019 Real Property Taxes | |

LF-31 (rev. 06/04/21)

☑ Real Property                                        Check one below for Real Property:

    ☑ Principal Residence                        ☐ Escrow is included in the regular payments

    ☐ Other Real Property                        ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
19875 Hibiscus Drive
Jupiter, FL 33469-2189

☐ Personal Property/Vehicle

Description of Collateral:

---

2.   Creditor: Kings Right, LLC

    Address: 4064 Robinwood Cove      Arrearage/ Payoff on Petition Date   $5,119.64 @ .25% = $5,152.20
            Memphis, TN 38111            Payoff          $41.89    /month (Months   1   to   3   )

Last 4 Digits of                                    Payoff          $69.25    /month (Months   4   to   8   )
Account No.:            1389                Payoff          $90.01    /month (Months   9   to   60  )

Other:   2020 Real Property Taxes

---

☑ Real Property                                        Check one below for Real Property:

    ☑ Principal Residence                        ☐ Escrow is included in the regular payments

    ☐ Other Real Property                        ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
19875 Hibiscus Drive
Jupiter, FL 33469-2189

☐ Personal Property/Vehicle

Description of Collateral:

---

3.   Creditor: Palm Beach County Tax Collector

    Address: Attn: Legal Services       Arrearage/ Payoff on Petition Date   $4,856.84 @ 18% = $7,399.80
            P.O. Box 3715                Payoff          $41.89    /month (Months   1   to   3   )
            West Palm Beach, FL          Payoff          $69.25    /month (Months   4   to   8   )
            33402                        Payoff          $133.23   /month (Months   9   to   60  )
Last 4 Digits of
Account No.:            0310

Other:   2021 Real Property Taxes

---

☑ Real Property                                        Check one below for Real Property:

    ☑ Principal Residence                        ☐ Escrow is included in the regular payments

    ☐ Other Real Property                        ☑ The debtor(s) will pay  ☑ taxes  ☑ insurance directly

Address of Collateral:
19875 Hibiscus Drive
Jupiter, FL 33469-2189

☐ Personal Property/Vehicle

Description of Collateral:

---

   **B.   VALUATION OF COLLATERAL:**  ☑ NONE

   **C.   LIEN AVOIDANCE**  ☑ NONE

   **D.   SURRENDER OF COLLATERAL:**  ☑ NONE

   **E.   DIRECT PAYMENTS**  ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Palm Beach County Tax Collector | 0310 | 19875 Hibiscus Drive Jupiter, FL 33469-2189 |

**IV.**  **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

**V.**  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

   **A.** Pay _____$0.00_____ /month (Months __1__ to __8__ )

       Pay _____$10.10_____ /month (Months __9__ to __60__ )

       Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED:  ■ NONE

**VI.**  **STUDENT LOAN PROGRAM** ■ NONE

**VII.**  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII.**  **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

**IX.**  **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____     _____     _____     _____
            Debtor                  Date                   Joint Debtor           Date
Richard Alan Auchter

/s/ Chad T. Van Horn, Esq._____     December 14, 2021_____
  Attorney with permission to sign on          Date
      Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**